IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-4026-01-CR-C-SOW |
| ) | |
| RHONDA SUE AMMERMAN, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #19) prepared by Magistrate Judge William A. Knox. Defendant Rhonda Sue Ammerman appeared before Magistrate Judge Knox on November 30, 2009, and entered a plea of guilty to Counts One and Two of the indictment filed on June 15, 2009.

Magistrate Knox determined that the guilty plea was knowledgeable and voluntary and that there is a factual basis for each of the essential elements of the offense.

Accordingly, it is hereby

ORDERED that defendant Rhonda Sue Ammerman's plea of guilty is accepted. Defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Rhonda Sue Ammerman.

       /s/Scott O. Wright
       SCOTT O. WRIGHT
       Senior United States District Judge

DATED:   12/2/2009